UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD TRACY,

     Plaintiff,                          CASE NO.:  2:14-cv-143-JES-DNF

vs.

CAPITAL ONE BANK USA, N.A.,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, RONALD TRACY, by and through the undersigned counsel, and states that the parties have reached a settlement agreement in this case and, respectfully notice this Honorable Court of such. A Motion for Voluntary Dismissal will be filed once settlement has been received.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Clerk of this Court via the CM/ECF system to Joshua Threadcraft at jthreadcraft@burr.com and to Alexandra Haddad at ahaddad@burr.com on this 15th day of May, 2014.

**VILES & BECKMAN, LLC**
Attorneys for Plaintiff
6350 Presidential Court Suite A
Fort Myers, Florida  33919
Telephone:  239-334-3933
Facsimile:  239-334-7105
marcus@vilesandbeckman.com
alison@vilesandbeckman.com

By:    /s/ Marcus Viles, Esq.
        Marcus W. Viles, Esquire
        Florida Bar Number: 0516971