```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

RONALD TRACY,

    Plaintiff,

v.                                    Case No: 2:14-cv-143-FtM-29DNF

CAPITAL ONE BANK USA, N.A.,

    Defendant.

_____

## ORDER

On May 19, 2014, the Court entered an Order (Doc. #16) administratively closing the case for a period of time to allow the parties to submit final documents. That time expired and no stipulated form of final order or judgment was submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of October, 2014.

                                            /s/ John E. Steele
                                            JOHN E. STEELE
                                            UNITED STATES DISTRICT JUDGE

Copies: Counsel of record